B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District Of South Carolina

In re: JAY HILTON KING, JR  
      KELLI STOKES KING

Case No. 18-04415

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | Specialized Loan Servicing, LLC as servicing agent for LSF10 Mortgage Holdings, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
Caliber Home Loans, Inc.  
13801 Wireless Way  
Oklahoma City, OK 73134  
Phone: (800)401-6587  
E-mail: SD-Bankruptcy@caliberhomeloans.com  
Last Four Digits of Acct #: 4852

Court Claim # (if known): 3-1  
Amount of Claim: $137,447.16  
Date Claim Filed: 09/13/2018

Phone: 800-315-4757  
Last Four Digits of Acct. #: 3713

Name and Address where transferee payments should be sent (if different from above):  
Caliber Home Loans, Inc.  
PO Box 24330  
Oklahoma City, OK 73124  
Phone: (800)401-6587  
E-mail: SD-Bankruptcy@caliberhomeloans.com  
Last Four Digits of Acct #: 4852

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashish Rawat  
    AIS Portfolio Services, LP as agent  
        Transferee/Transferee's Agent

Date 01/31/2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.